UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CITGO Asphalt Refining Company,**
a New Jersey Partnership,

Plaintiff,

v.                                                              Case No. 3:04-cv-651-J20-TEM

**Underground Utility Contractors, Inc.,**
a/k/a Underground Utility Contractors, Inc.,
of Georgia, a Georgia Corporation,

**Defendants.**
_____/

## ORDER

Before the Court is the parties' Stipulation for Dismissal Without Prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 27 day of July, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

William B. Johnson, Esq.
Alan B. Vlcek, Esq.